IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    William A Roy | : | Chapter |
| | : | |
|    Debtor(s) | : | Case No.: 24-10777 AMC |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that a copy of the Debtor's Objection to Proof of Claim and Amended Notice was served on the following parties by electronic means and/or regular US mail on September 19, 2024:

**Kenneth West Esq.**
Standing Chapter 13 Trustee

**MERRICK BANK**
**C/O Resurgent Capital Services**
PO Box 10368
Greenville, SC 29603
Att: Helga Helena Ridgeway

--

10705 South Jordan Gateway
Suite 200
South Jordan, UT 84095
Att: Richard Urrutia, CEO


Date: September 19, 2024

/s/ Brad J. Sadek
Brad J Sadek, Esq.
Attorney for the Debtor
Sadek Law Offices, LLC
1500 JFK Blvd, Suite 220
Philadelphia, PA 19102
215-545-0008