**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| William A Roy | : | Chapter 13 |
| | : | Case No.: 24-10777-AMC |
| Debtors | : | |

## O R D E R

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified.

BY THE COURT:

Dated: 4/8/25

HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE